| | | | |
|---|---|---|---|
| quor Control Bd. | 08/30/2016651, 830, 849, 850, 851, 852, 853, 854, 855 MAL (2015), 115 MAL (2016) | Denied | Pa.Cmwlth., 121 A.3d 1173 |
| Drack v. Hamilton, Drack, In re . . . . . . | 08/23/2016228 MAL (2016) | Denied | Pa.Cmwlth., 130 A.3d 162 |
| Embreeville Redevelopment, L.P. v. Board of Supervisors of West Bradford Tp. . . . . . . . . . . | 08/10/2016234 MAL (2016) | Denied | Pa.Cmwlth., 134 A.3d 1122 |
| Erie Ins. Exchange ex rel. Sullivan v. Pennsylvania Ins. Dept.; Erie Indemnity Co., In re . . . . | 08/10/201690 WAL (2016) | Denied | Pa.Cmwlth., 133 A.3d 102 |
| F. Zacherl, Inc. v. Flaherty Mechanical Contractors, LLC; West Allegheny School Dist., In re . . . . . . . . . . . . . . | 08/16/201653–54 WAL (2016) | Denied | Pa.Cmwlth., 131 A.3d 103 |
| Fennell v. Goss . . . . . | 08/22/2016221 MAL (2016) | Denied | Pa.Cmwlth., 133 A.3d 126 |
| Freedman v. W.C.A.B. (Starr Restuarant) . . . . . . | 08/31/2016152 EAL (2016) | Denied | |